...

```
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
KEITH D. YANDELL (BAR NO. 233146)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
         kyandell@allenmatkins.com

Attorneys for Defendant
ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| LANCE HYDE,<br><br>        Plaintiff,<br><br>   vs.<br><br>ORACLE CORPORATION, ORACLE AMERICA, INC., ORACLE USA, INC., and DOES 1-100, Inclusive,<br><br>        Defendants. | Case No. CIV 11 2555 EDL<br><br>STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lance Hyde ("Hyde") and Defendant Oracle America, Inc. ("Oracle")[1]:

**RECITALS**

    A.    On or about May 26, 2011, Hyde filed a Complaint in this Court asserting four causes of action: (1) Race Harassment and Discrimination – FEHA; (2) Retaliation – FEHA; (3) Retaliation in Violation of 31 U.S.C. § 3730(h), and; (4) Wrongful Termination in Violation of Public Policy (the "Action").

---

[1] Defendant Oracle America, Inc. was previously known as Oracle USA, Inc., including during the time Plaintiff was employed by Oracle.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

814921.02/SF

STIPULATION FOR BINDING
ARBITRATION AND ORDER THEREON

B.	On or about May 12, 2008, Hyde signed a mutual agreement to arbitrate disputes with his then employer, Oracle USA, Inc.  The Agreement provides that employment related claims between the parties are subject to binding arbitration.

C.	After Hyde filed his Complaint in this Court, the parties met and conferred. Subsequently, the parties confirmed that they would submit to binding arbitration pursuant to the May 12, 2008 arbitration agreement.

D.	Based on the above Recitals, and for the purpose of facilitating arbitration of the Action, the parties stipulate and agree as follows:

## STIPULATION AND MUTUAL AGREEMENT TO ARBITRATE

1.	Plaintiff and Oracle stipulate and agree to submit the entire Action to final and binding arbitration before JAMS under its Employment Arbitration Rules and Procedures.

2.	The Action shall be stayed pending resolution of arbitration.

3.	Judgment upon the award rendered by the Arbitrator may be entered in this Court.

Dated: July 1, 2011.	THE ARMSTRONG LAW FIRM

By:*/s/ Kelly Armstrong*
KELLY ARMSTRONG
Attorneys for Plaintiff

Dated: July 5, 2011.	ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:*/s/ Baldwin J. Lee*
BALDWIN J. LEE
Attorneys for Defendant

ECF CERTIFICATION: Keith D. Yandell, the filer of this ECF Document, hereby certifies that the concurrence to this stipulation has been obtained from ECF registrant Kelly Armstrong.

Dated: July 6, 2011.	ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:*/s/ Keith D. Yandell*
KEITH D. YANDELL
Attorneys for Defendant

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

814921.02/SF

STIPULATION FOR BINDING
ARBITRATION AND ORDER THEREON

-2-

| | |
|---|---|
| 1 | ALLEN MATKINS LECK GAMBLE |
| | MALLORY & NATSIS LLP |
| 2 | BALDWIN J. LEE (BAR NO. 187413) |
| | KEITH D. YANDELL (BAR NO. 233146) |
| 3 | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111-4074 |
| 4 | Phone: (415) 837-1515 |
| | Fax: (415) 837-1516 |
| 5 | E-Mail: blee@allenmatkins.com |
| | kyandell@allenmatkins.com |

Attorneys for Defendant
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| LANCE HYDE, | Case No. CIV 11 2555 EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION |
| vs. | |
| ORACLE CORPORATION, ORACLE AMERICA, INC., ORACLE USA, INC., and DOES 1-100, Inclusive, | |
| Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

816138.01/SF

[PROPOSED] ORDER GRANTING
STIPULATION FOR BINDING
ARBITRATION AND STAY OF ACTION

# ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT:

1. The parties shall arbitrate any and all controversies arising out of or in connection with Plaintiff's employment, including the claims set forth in this Action, before JAMS pursuant to its Employment Arbitration Rules and Procedures.
2. The matter shall be stayed pending binding arbitration.
3. Within a reasonable time after a final award is granted or settlement is reached, any party shall advise this court of the outcome of the arbitration proceedings, or any settlement.

Dated: July 14, 2011

_____
Hon. Elizabeth D. Laporte
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*