UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANCE HYDE,                                                  No. C 11-02555 EDL

        Plaintiff(s),                                  **ORDER**

  v.

ORACLE CORPORATION,

        Defendant(s).
_____/

    This matter having been stayed pending arbitration proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated:  July 15, 2011

                                  ELIZABETH D. LAPORTE
                                  United States Magistrate Judge